FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 0 1 2025

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

3 25-cv-254

Roderick Deshawn Kelley
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

Sgt. Lemons
Troup County Jail

(Enter above the full name of the defendant(s).)

**I.    Previous Lawsuits**

    **A.**    Have you filed other lawsuits in federal court while incarcerated in any institution?

        Yes ( ✓ )    No (   )

    **B.**    If your answer to A is yes, describe each lawsuit in the space below. (If there is
more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

        **1.**    Parties to this previous lawsuit:

            Plaintiff(s):    Roderick Deshawn Kelley

            Defendant(s):    Officer Ogle
                         Henry County Jail

        **2.**    Court (name the district):
            N/A - I am currently incarcerated

        **3.**    Docket Number:    N/A

Rev. 12/5/07

**I.    Previous Lawsuits (Cont'd)**

    4.    Name of judge to whom case was assigned: _N/A_

    5.    Did the previous case involve the same facts?

        Yes ( )    No ( ✓ )

    6.    Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
_I never heard anything back from it due to me being incarcerated. Dismiss none contact_

    7.    Approximate date of filing lawsuit: _N/A_

    8.    Approximate date of disposition: _N/A_

**II.    Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A.    Place of Present Confinement: _Troup County Jail_

    B.    Is there a prisoner grievance procedure in this institution?

        Yes ( ✓ )    No ( )

    C.    Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes ( ✓ )    No ( )

    D.    If your answer is YES:
        1.    What steps did you take and what were the results?
_I wrote (Captain Reeves) and even had my wife call down to the jail I even ask to speak with Internal Affairs. Captain Reeves closed the Investigation citing it was all my fault._

        2.    If your answer is NO, explain why not: _____

Rev. 12/3/07

## III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.   Name of Plaintiff:   Roderick Deshawn Kelley

Address(es):   130 Sam Walker Drive
Lagrange GA 30241

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.   Defendant(s):   Sgt Lemons.
I have wrote Captain Reeves times asking for the incident report for the full name and badge number and he refused

Employed as   Sgt.

at   Troup County Jail.

## IV.  Statement of Claim

State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On 11/11/25 between 530am - 6am, Ms. Sue came around doing pill call, I told them that I did not want my medicine. They kept telling me to get up. I kept refusing. Ms. Sue then stated that if I did not get up and take my blood pressure medicine she would put me on suicide watch. I stated that I did not want the medicine and that she could not put me on suicide watch. Well about 30 minutes later Cpl Smith came to the dorm and said Sgt lemons wanted to speak with me up front in booking. I told her that I know' they were trying to trick me and force me on suicide watch, I complied

## IV.    Statement of Claim (Cont'd)

and she ask me to let her handcuff me in the front
I also complied. When we reached booking Sgt Lemons ask
me what's going on. I explained to him that I have took
too much blood pressure medicine in the past 12 hours. He
stated that he was putting me on suicide watch because
medical said. I told him I did not want the medicine and
I was not going on suicide because I did nothing wrong.
He then stated I will drag you in there myself and cut the cloths
off of you if you dont go. I said no. He then came from behind
the desk grabbed me by the front of my shirt and him and
3 other officers began forcing me into the shower room. (I am
still in handcuffs) When they got me in the room they pinned
me against the wall. At that time I noticed Cpl. Smith grab
her pepper spray. I stated to her I am in handcuffs you
better not spray me. She then put up the spray. I then turned
my attention to Sgt. Lemons who still had his right hand
latched to my shirt. I noticed his fist balled up and he
went back for a swing I told him you better not punch me
I am in hand cuffs He then began yelling let go of my officer.
I stated with my hand in the air I am not touching any
of the officers. At that point he sprayed me with the
pepper spray and slung me to the ground. Him and the other
officers left the room and 5 minutes later he came back
in uncuffed me and allowed me to wash my face. By that time
Sgt Lacy walk in and asked why was I pepper sprayed
He then told me to put on the suicide suit and he would take
care of the issue. I was then relocated to 504.

## V.    Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite
no cases or statutes.

I would like Sgt Lemons to be fired. I would like
charges pressed against him for excessive force.

I also would like to be compensated for the pain +
suffering, humiliation, and for violating my rights

I also would like you to pull video footage from the
jail and also pull all video footage from the officers
body cam.

**V.     Relief (Cont'd)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signed this __18__ day of __November_____, 20_25_.


_____
Signature of Plaintiff

**STATE OF** __Georgia_____
**COUNTY (CITY) OF** __Lagrange____

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** __11/18/2025__
                (Date)

_____
Signature of Plaintiff

Rev. 12/5/07