LMM RGV 555 42:1983pr

3 25-CV-254

## CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE _____   DIVISION Newnan
MAG. JUDGE _____   IFP ✓   FEE ____
DATE FILED 12/2/25   PREVIOUS CASES Unsure

NAME Roderick Deshawn Kelley   ID # _____
PRO SE ✓   ATTORNEY _____
PLACE OF INCARCERATION Troup County Jail
CITY LaGrange   STATE GA   COUNTY Troup

| JURISD | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___28:2254 | Habeas action by a STATE prisoner challenging state convictions or sentence. |
| 3 | 535 | ___28:2254d | Habeas action by a STATE prisoner under a DEATH sentence. _____SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___28:2241st | Habeas action by a STATE prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 2 | 530 | ___28:2241fd | Habeas action by a FEDERAL prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 3 | 550 | ___42:1983pr | STATE or FEDERAL prisoner civil rights action suing State officials not involving prison conditions. A/K/A BIVENS action. |
| 2 | 550 | ___28:1331pr | Prisoner civil rights action suing Federal officials not Involving prison conditions. A/K/A BIVENS action. |
| 3 | 555 | ___42:1983pr | STATE prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___28:1331pr | Prisoner civil rights action suing Federal officials Involving prison conditions. A/K/A Bivens action. |
| 2 | 540 | ___28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ ___ | OTHER: _____ |

_____ DOCKET CLERK: Place cover sheet on top of docket sheet and file. FORWARD to Magistrate Judge Assigned for IFP and/or frivolity determinations.

_____ STAFF LAW CLERK:
_____ Pauper's affidavit insufficient or no affidavit
_____ Complaint or petition not signed or is incomplete
_____ No copies
_____ Other: _____

Roderick Kelley
130 Sam Walker Dr
Lagrange, GA 30241
Troup County Jail



Clerk, U.S. District Court
Northern District of Georgia
2211 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3361

CLEARED DATE
DEC 0 1 2025
U.S. Marshals Service
Atlanta, GA 30303